IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RHONDA PARKS | § |
| | § |
| vs. | § NO. 2:13-CV-224-JRG-RSP |
| | § |
| AUTOZONE STORES, INC. | § |

### ORDER OF DISMISSAL

ON THE MOTION OF THE PLAINTIFF:

IT IS ORDERED, ADJUDGED AND DECREED that **RHONDA PARKS**, Plaintiff in the above-entitled and numbered cause, take nothing by this lawsuit against **AUTOZONE STORES, INC.**, and that further, Plaintiff's lawsuit is hereby Dismissed with Prejudice as to Defendant **AUTOZONE STORES, INC.** This Order constitutes the final judgment in this case and is appealable for all purposes.

**IT IS FURTHER ORDERED** that all taxable costs of court are to be borne by the parties incurring same.

**SIGNED this 4th day of June, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE